UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

SHANNON PATRICK CASEY, and  
SHAWNA RENEE CASEY,

Case No. 10-10492-s7  
Chapter 7

Debtors.

## DEBTORS' AMENDMENT TO SCHEDULE F

The debtors Shannon Patrick Casey and Shawna Renee Casey (together, the "Debtors"), by counsel, amends Schedule F, filed February 9, 2010, to change the Gerald and Julie Anderson claim from "Notice Only" to reflect the following:

| Creditor's Name | Codebtor | H, W, C | Remarks | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|
| Gerald and Julie Anderson 7504 Arroyo Del Oso, Albuquerque, NM 87109 | | C | Promissory Note for Purchase Stock in Tan-O-On, Inc. | | | X | $375,000 |

2/13/10  
Date

By _____  
Shannon Patrick Casey

2/13/10  
Date

By _____  
Shawna Renee Casey

1

Submitted by:

THUMA & WALKER, P.C.

By: s/filed electronically
    David T. Thuma
    Edward A. Mazel
    500 Marquette, NW #650
    Albuquerque, NM 87102
    (505) 766-9272
    (505) 722-9287 (fax)
Attorneys for the Debtor

In accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(2)(D), this certifies that service of the foregoing document was made this __17__th day of February, 2010, via the notice transmission facilities of the case management and electronic filing system of the Bankruptcy Court on all parties entitled to receive such notice.

In addition, the foregoing was mailed via First Class U.S. mail to:

Gerald and Julie Anderson
7504 Arroyo Del Oso
Albuquerque, NM 87109


/s filed electronically
Edward A. Mazel