UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

SHANNON PATRICK CASEY, and    Case No. 10-10492-s7

SHAWNA RENEE CASEY,    Chapter 7

       Debtors.

## DEBTORS' AMENDMENT TO SCHEDULE B

The debtors Shannon Patrick Casey and Shawna Renee Casey (together, the "Debtors"), by counsel, amends Schedule B, filed February 9, 2010, to add the following:

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION | H, W, C | CURRENT VALUE |
|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | Claim against Gerald and Julie Anderson for (i) breach of fiduciary duty, and (ii) breach of duty of good faith and fair dealing. Both claims arise out of the Debtor's stock purchase of Tan-O-On, Inc., | C | Unknown |
| | Claim against Gerald and Julie Anderson and/or Shannon Robinson for (i) prima facie tort, (ii) intentional interference with contractual relations, (iii) negligent misrepresentation, (iv) intentional misrepresentation, and (v) slander and libel. All claims arise out of the Debtor's stock purchase of Tan-O-On, Inc. | C | Unknown |

2/26/10        By _/s/ Shannon Patrick Casey_

Date    Shannon Patrick Casey

   2/26/10         By: *Shawna R Casey*

Date      Shawna Renee Casey

Submitted by:

**THUMA & WALKER, P.C.**

By: s/filed electronically

   **David T. Thuma**

   Edward A. Mazel

   500 Marquette, NW #650

   Albuquerque, NM 87102

   (505) 766-9272

   (505) 722-9287 (fax)

Attorneys for the Debtors

In accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(2)(D), this certifies that service of the foregoing document was made this 1st th day of ~~February~~ March, 2010, via the notice transmission facilities of the case management and electronic filing system of the Bankruptcy Court on all parties entitled to receive such notice.

In addition, the foregoing was mailed via

First Class U.S. mail to:

Gerald and Julie Anderson

7504 Arroyo Del Oso

Albuquerque, NM 87109

Shannon Robinson

1121 4th St NW #1-A

Albuquerque, NM 87102

/s filed electronically

Edward A. Mazel