UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

SHANNON PATRICK CASEY, and         Case No.  10-10492-s7
SHAWNA RENEE CASEY,             Chapter 7

      Debtors.

## <u>AMENDMENT TO MAILING MATRIX</u>

The Debtors, Shannon Patrick Casey and Shawna Renee Casey (the "Debtors"),

by counsel, requests that the Clerk amend the mailing matrix in this case as follows:

1.    <u>Addition.</u>  To add the following creditor:

     U.S. Department of Agriculture
     AMS, Fruit and Vegetable Programs, PACA Branch
     Tucson Federal Building, Room 7 T
     300 West Congress Street
     Tucson, AZ 85701-1319

                THUMA & WALKER, P.C.

                By: s/filed electronically
                  David T. Thuma
                  Edward A. Mazel
                  500 Marquette NW, Suite 650
                Albuquerque NM  87102
                (505) 766-9272
                (505) 766-9287 (fax)
              Attorneys for the Debtors

This certifies that on
March 1st, 2010 a copy of
this amendment was mailed
by first class United States mail to:

U.S. Department of Agriculture
AMS, Fruit and Vegetable Programs, PACA Branch
Tucson Federal Building, Room 7 T
300 West Congress Street
Tucson, AZ 85701-1319

s/filed electronically
Edward A. Mazel

1

2