IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

| IN RE: | Case No. 10-10492-s7 |
|---|---|
| SHANNON PATRICK CASEY and SHAWNA CASEY, | CHAPTER 7 |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES

Pursuant to Rule 2002 (g) and (i) of the Bankruptcy Rules and applicable Local Rules, Folson Farms, a creditor in the above entitled bankruptcy case, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest, whether sent by the Court, the debtor, or any other party in the case, be sent to the address listed below, and that the following be added to the Court's Matrix/Master Mailing list:

> Katy Koestner Esquivel
> Meuers Law Firm, P.L.
> 5395 Park Central Court
> Naples, FL 34109-5932
> Phone: (239) 513-9191
> Facsimile: (239) 513-9677
> kesquivel@meuerslawfirm.com

Please take further notice, that the foregoing request includes, without limitation, all orders, notices, application, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statement, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

Respectfully submitted on Monday, April 05, 2010.

**MEUERS LAW FIRM, P.L.**

/s/ Katy Koestner Esquivel
Katy Koestner Esquivel
*Florida Bar No. 159484*
5395 Park Central Court
Naples, Florida 34109
Telephone: (239)513-9191
Facsimile: (239)513-9677
kesquivel@meuerslawfirm.com
*Counsel for Folson Farms*

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, April 05, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Katy Koestner Esquivel
Katy Koestner Esquivel

# SERVICE LIST
*In re: Shannon Patrick Casey and Shawna Casey*
**Case No. 10-10492-s7**

### Via CM/ECF
Edward Alexander Mazel
Thuma & Walker PC
500 Marquette NW, Ste 650
Albuquerque, NM 87102
Tel: 505-766-9272
Fax : 505-766-9287
edmazel@thumawalker.com

### Via US Mail

Shannon Patrick Casey
Shawna Casey
51 Skyland Blvd.
Tijeras, NM 87059

Yvette Gonzales
Trustee
PO Box 1037
Placitas, NM 87043-1037
505-771-0700
yjgllc@yahoo.com

United States Trustee
PO Box 608
Albuquerque, NM 87103-0608

U.S. Department of Agriculture
AMS, Fruit and Vegetable Programs, PACA Branch
Tucson Federal Building, Room 7 T
300 West Congress Street
Tucson, AZ 85701-1319

Alsum Produce Inc.
PO Box 188
Friesland, WI 53935-0188

Amstead Produce Inc.
PO Box 890
Hermiston, OR 97838

Arrowhead Potato Co.
PO Box 425
Rupert, ID 83350

Bank of America
PO Box 851001
Dallas, Texas 75285

Billingsley Produce Sales, Inc.
217 H. Street
Bakersfield, CA 93304

Bushmans Inc.
PO Box 8
Rusholt, WI 54473

Capital One
PO Box 60599
City of Industry, CA 91716

Cool Runnings
9114 58th Place Ste600
Kenosha, WI 53144

CR England
PO Box 952407
St Louis, MO 63195

Cummins Family Produce, Inc.
PO box 406
Twin Falls, ID 83301

D.D.M. Transport
PO Box 70653
Salt Lake City, UT 84170

Delta Produce, LP
2001 S. Laredo St.
San Antonio, TX 78207

Duke City Produce
7110 Second Street NW Suite 104
Albuquerque, NM 87107

Duke City Truck Brokers
7110 Second Street NW Suite 104
Albuquerque, NM 87107

Federal Express
PO Box 94515
Palatine, IL 60094-4515

First Horizon Home Loans
P.O. Box 809
Memphis, TN 38101

Frenchman Valley Produce
PO Box 879
Imperial, NE 69033

Gerald and Julie Anderson
7504 Arroyo del Oso
Albuquerque, NM 87109

Grant Transportation
PO Box 168
Ogden, UT 84402

Hallie Hanna
2456 Theresa Lane
Grand Junction, Co 81504

Household Bank
HSBC Card Services
PO Box 60102
City of Industry, CA 91716-0102

ICCI
2090 Commerce Drive
Medford, OR 97504

Internal Revenue Service
4041 N. Central Ave.
Phoenix, AZ 85012-5000

L&M Companies Inc.
2925 Hentleigh Dr.
Raleigh, NC 27604

Lenz Farms
29220 Co Rd 54
Holyoke, CO 80734

Logistic Dynamics, Inc.
1140 Wenhrie Drive
Amerst, NY 14221

Mart Produce Corporation
PO Box 34
Rupert, ID 83350

MDR Global Logistics
PO Box 610028
Dallas, TX 75261-0028

Monte Vista Potato Growers
2528 E County Rd 6N
Monte Vista, CO 81144

NM Taxation & Revenue Dept.
P.O. Box 8575
Albuquerque, NM 87198-8575

Office Depot
PO Box 9020
Des Moines, IA 50368-9020

Orchard Bank
c\o HSBC Card Services
PO Box 60102
City of Industry, CA 91716-0102

Peterson Brothers River Valley Farms
19993 182Ave
Big Lake, MN 55309-9549

Pleasant Valley Potato Inc.
PO Box 538
Aberdeen, ID 83210-0538

Potandon Produce LLC
3427 Solutions Center
Chicago, IL 60677-3004

Qwest Communications
PO Box 20940
Phoenix, AZ 85038-9039

Real Time Freight
350 N. Lasalle Street, Suite 100
Chicago, IL 60654

Reynolds, Hix & Co.
6729 Academy Rd Suite D
Albuquerque, NM 87109

River City Produce
1616 S. Laredo St.
San Antonio, TX 78207

Skyline Potato Co.
PO Box 416
Center, CO 81125-0416

TA Properties LLC
7200 Montgomery Blvd NE
Albuquerque, NM 87109

Tan-O-on Marketing, Inc.
7110 Second Street NW Suite 104
Albuquerque, NM 87107

Target National Bank
PO Box 59317
Minneapolis, MN 55459-0317

Taxation & Revenue Dept
PO Box 25128
Santa Fe, NM 87504

Terry Wright
585 Cagney
Meridian, ID 83646

Total Transportation Services
PO Box 678500
Dallas, Texas 75267-8500

Transplace Stuggart
PO Box 90407
Chicago, IL 60696-0407

Tribute Mastercard
PO Box 790168
St. Louis, MO 63179-0168

Troy's Quality Truck Brokerage
390 Colfax St
El Paso, TX 79905

TW Logistics and Marketing
585 Cagney
Meridian, ID 83646

TW Telecom
PO Box 172567
Denver, CO 80217-2567

U.S. Department of Agriculture
AMS, Fruit & Vegetable Programs, PACA Br
Tucson Federal Bldg., Room 7 T
300 West Congress Street
Tucson, AZ 85701-1319

Union Plus Credit Card
PO Box 60102
City of Industry, CA 91716-0102

Wada Farms Marketing Group
2155 Providence Way
Idaho Falla, ID 83404

Walker & McNeil Produce
1070 Riverwalk Drive, Suite 258
Idaho Falls, Id. 83402